[No. 11071–7–II.   Division Two.   February 28, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87–1–00399–1, Karen G. Seinfeld, J., entered June 1, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9167–8–III.   Division Three.   February 28, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KENNETH CLARY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00312–8, Dennis D. Yule, J., entered February 5, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.

[No. 9050–7–III.   Division Three.   February 28, 1989.]

LAMB WESTON, INC., *Respondent*, v. THE BOARD OF INDUS-TRIAL INSURANCE APPEALS, ET AL, *Defendants*, SAN JUANA MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 85–2–00721–9, Evan E. Sperline, J., entered December 23, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.